**DISMISS and Opinion Filed August 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00843-CV**

## IN RE CHERISH ARNOLD, Individually, and as Next Friend of M.N.A. and M.D.A., Minor Children, and as Next Friend of DANIEL TODD ARNOLD, an Incapacitated Adult, RELATORS

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-0116**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Bridges

This case involves product liability claims against Toyota Motor Corporation, Toyota Motor North America, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. after a vehicle accident in which Daniel Todd Arnold and his two minor children sustained injuries. Relators have filed an amended motion to dismiss their petition for writ of mandamus as moot. Relators state that they have filed a notice of nonsuit in the underlying proceeding, dismissing all of their remaining claims against the real parties in interest. A nonsuit renders the merits of the nonsuited case moot. *See Travelers Ins. Co. v. Joachim*, 315 S.W.3d 860, 862 (Tex. 2010).

Accordingly, we grant relators' motion and dismiss their petition for writ of mandamus as moot.  *See* Tex. R. App. P. 42.1(a)(1); *In re Solis*, No. 05-13-01500-CV, 2013 WL 6096767, at *1 (Tex. App.—Dallas Nov. 19, 2013, orig. proceeding) (mem. op.).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190843F.P05